JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF EZEQUIEL JACOBO, et al,<br><br>            Plaintiffs,<br><br>      v.<br><br>LOS ANGELES COUNTY, et al.,<br>            Defendants.<br>_____ | CASE NO. CV09-6685 DSF(AGRx)<br><br><br>ORDER DISMISSING ACTION BY<br>REASON OF SETTLEMENT |

The Court has been advised by counsel that this action has been settled and the Court has approved the minor's compromise.

Accordingly, it is ordered that the action is dismissed without prejudice. The Court retains jurisdiction for thirty days to vacate this Order and to reopen the action on a showing of good cause that the settlement has not been completed and further proceedings are necessary.

IT IS SO ORDERED.
        8/9/11

Dated: _____          _____
                                                  Dale S. Fischer
                                        United States District Judge